## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 08-30139-01-GPM |
| ) | |
| JOSEPH DIEKEMPER, ) | |
| ) | |
| Defendant. ) | |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant Joseph Diekemper pleaded guilty to Counts 1, 2, 19, and 21 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **March 9, 2009, at 9 a.m.,** at the East St. Louis, Illinois Courthouse. All pending motions are **DENIED as moot**.

**IT IS SO ORDERED.**

DATED: 12/17/08

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge